

# Public Forum Policy

Southwest Missouri State University is committed to providing an environment where issues can be openly discussed and explored. The freedom to exchange views is essential to the life of the University. In order to provide an atmosphere in which open communication can occur without disrupting the academic mission or daily University functions, this policy is in place to govern campus demonstrations and speakers.

All members of Southwest Missouri State University, which includes students, faculty, and staff, have the right to freedom of speech and expression. The University encourages a balanced approach in all communications and the inclusion of contrary points of view. This freedom, however, is subject to reasonable restrictions of time, place, and manner, as described herein, with such restrictions being applied without discrimination toward the content of the view being expressed or the speaker.

### Location

The *Bear Paw*, located in the North Mall, is the only location on University Property designated for campus debates, forums, rallies, demonstrations, peaceful protests, and other similar public forum activities. Any individual or organization may use the *Bear Paw* space to address the campus community on a first come, first served basis. However, all such activities must first be registered with the Conference Services Office, (417) 836-5653. Other campus locations for non-academic events and activities are also scheduled through this office.

### Time, Place, and Manner Parameters

The right of free speech and expression does not include unlawful activity or activity that endangers the safety of the campus community or the threat of damage to University facilities and property. In addition, this right does not permit the disruption of the normal operations of the University. To clarify expected behaviors for campus demonstrations and speakers, the following parameters must be met:

- The public forum activity is not unlawful and does not violate or conflict with University policies or local, state, or federal laws.

- The free expression of views and opinions does not violate any rights of others.

- The public forum activity does not unduly disrupt the educational purposes of the University.

- The public forum activity does not unduly disrupt traffic, either vehicular or pedestrian.

- The public forum activity does not jeopardize public or

http://www.smsu.edu/studev/policies/publicforum.htm

EXHIBIT A

Case 6:03-cv-03421-GAF    Document 1-1    Filed 11/21/03    Page 1 of 16

individual safety.

- The public forum activity does not prevent, unduly obstruct, or interfere with the regular academic and institutional activities, or other approved activities of the University.

- There may be no amplification equipment used and no structure(s) may be erected.

- Expression that is obscene, defamatory, or consists of fighting words, threats of physical harm, inciteful of imminent lawless action, or vulgar to the extent not entitled to protection as expression is not permitted as part of a campus public forum activity.

### Objections to Public Forum Activity

The University recognizes that individuals or groups may be opposed to certain campus demonstrations or speakers. Disagreement with different opinions is acceptable; however, hindering or obstructing such demonstrations is counter to creating an environment where issues can be openly discussed. An individual or group wishing to protest at an event may do so as long as any speaker's right to free speech and the audience's right to see and to hear a speaker are not violated.

### Judicial Action

Violations of this policy are subject to judicial review and disciplinary sanctions, as are demonstrations which become disruptive. Any police arrests and criminal charges of students, faculty, or staff are separate from judicial actions at Southwest Missouri State University. Students will be processed according to the Code of Students Rights and Responsibilities, as administered by the Dean of Students Office. Faculty and staff disciplinary procedures will be processed according to guidelines established by the Faculty Handbook and the Employee Handbook.

### University Administration

The Dean of Students or his/her designee will be responsible for administering this policy. In all events held on campus, a speaker's appearance does not imply acceptance or endorsement by the University of the views expressed.

Approved: July 31, 1998

Case 6:03-cv-03421-GAF    Document 1-1    Filed 11/21/03    Page 2 of 16



SMSU > I

# Southwest Missouri State University

# Advertising, Distribution and Solicitation Policy

(Revised by the Board of Governors on November 15, 20

Advertising and solicitation are similar in that both promote a product, a service, or an event. Policies governing advertising and solicitations at t University are appropriate in order to ensure that advertising and solicita activities serve the students, faculty, and staff as well as their organizations. Further, advertising and solicitation policies contribute to ensuring that the general appearance and condition of the University's facilities and environment are maintained at an appropriate level.

## ADVERTISING

Southwest Missouri State University recognizes the importance of campi advertising of sanctioned events and activities in fostering an active and involved University community. At the same time, the University recogni that an attractive and well maintained physical campus environment is essential to the overall advancement of the University. Therefore, it is necessary that printed posters, signs, notices, and other materials disseminated on campus be posted in a manner that does not detract frc the physical appearance of the campus or result in damage to building surfaces. Use of scotch tape or thumb tacks on walls are examples of posting methods that would damage a building. Use of designated bulle boards, as indicated later in this policy, is appropriate. It is also importar that electronic advertising not adversely impact the technological infrastructure of the University. Use of the mainframe computer, web pages, or electronic mail resources for paid consulting, for business purposes, or for political gain is prohibited. Electronic "mass mailings" oi the sending of large files through the University's network is not permitte See the SMSU Computers and Networks Policies, http://www.smsu.edu/oit/policy/ComputerNetworkPolicy.htm, for more information. Use of Campus Mail service is restricted to official Universit business by University departments, offices, and recognized student organizations. The University reserves the right to prohibit or remove advertising and distribution from campus which violates this policy, is obscene, defamatory, consists of fighting words, threats of physical harr incites imminent lawless action, vulgar to the extent not entitled to protection as expression, or promotes illegal use of alcohol or drugs. Questions regarding this policy should be directed to the Assistant Dean Students & Director of Plaster Student Union (hereafter "Director"), 417-836-5886.

Advertising (and publicity) shall be defined as any method or device for disseminating commercial informational/promotional materials on the campus of Southwest Missouri State University. The University retains t exclusive right for promotion of University activities through advertisemei

EXHIBIT B

http://www.smsu.edu/studev/policies/advrt&solicit.html

and endorsement by commercial enterprises and products. Advertiseme on campus or in University publications and activity programs does not imply official endorsement by Southwest Missouri State University.

Non-University businesses, agencies, and individuals may advertise thei products or events on campus through paid advertisements on *The Southwest Standard* newsstands and in student publications such as *The Southwest Standard*, athletics brochures, the *SMSU Directory*, or similar publications. Such publications have established policies for advertising standards, and inquiries should be made directly with personnel respons for those publications.

**A. Bulletin Boards**

Designated bulletin boards are the primary means for displaying printec on campus. Bulletin boards in University buildings are intended for noti other materials related to the programs and goals of the University. Wi exception of the Plaster Student Union, commercial advertisements an( may not be displayed on bulletin boards. Only University departments : recognized student, faculty and staff organizations are authorized to po materials on bulletin boards in University buildings other than the Plast( Union. General procedures and parameters for bulletin board posting i following:

- Posted materials are usually limited to a maximum size eleven (11) inches by seventeen (17) inches (exceptions this limitation must be specifically requested), and must include the name of the responsible organization and a visible expiration date.

- Posting of materials in locations other than designated bulletin boards is not permissible, with two exceptions. During student elections and Homecoming activities, posting may include posters on stakes and banners in designated locations. Violations for improperly posting materials will subject the sponsoring organization, individual, or department to the costs of removal, repair damages (if any), and/or disciplinary action through the University Judicial System.

- Outdated materials are to be removed by the sponsorin( organization. Sponsoring organizations that fail to remo their outdated items may be denied use of those bulletin boards in the future. Academic departments and administrative offices have the right to remove outdated material without contacting the sponsoring organization.

- Individuals or organizations not affiliated with the Univer must bring posting materials to the Plaster Student Unio Information Desk.

- Posting of materials in residence halls must be posted t Residence Life and Services.

Case 6:03-cv-03421-GAF    Document 1-1    Filed 11/21/03    Page 4 of 16

Items posted in violation of this policy will be removed, and the sponsor organization may be subject to disciplinary action and/or a monetary fin

### B. Sidewalk Chalk

The use of chalk for student organizations to promote events is permitt( provided by this policy. The sponsoring organization must be indicated chalk notices, and only washable sidewalk chalk may be used. Chalk advertisements are permitted on concrete horizontal sidewalk surfaces areas that can be naturally washed by rain; and are not permitted unde overhangs, on building surfaces, curbs, steps, brick surfaces, planters, or similar locations.

### C. Banners and Sandwich Boards

Events sponsored by a recognized University organization may be adv( with banners in advance of the event at the Plaster Student Union acco the terms of this provision. Consistent with the general policy that posti campus be done in a manner that does not detract from the physical ap of the campus or result in damage to building surfaces, such posting wi permitted in two designated locations at the Plaster Student Union. Ba locations will be reserved on a first-come/first-served basis, according t procedures set forth in this policy.

The first location, which may display multiple banners of different organ will be the stairwell between the first and second floors of the Plaster St Union. Such signage should be according to size parameters provided Director, but shall be no larger than approximately three (3) feet by sixt( feet, and attached to the fixtures provided at that location. All such sigr be affixed in a manner that does not limit the usefulness of the stairway railings, and must be attached in a manner that does not risk falling or ( injury or other inconvenience to users of the stairway. The second loca above the East entrance to the Plaster Student Union, attached to the f provided at that location. Banners will be installed by Plaster Student L and are to be provided to the staff at least two (2) working days prior to scheduled posting.

Such signage at either location is generally limited to a maximum of on( and must be maintained throughout the period at the location chosen. week limit may be extended up to an additional two (2) weeks, if other r have not been received.

Events sponsored by a college or department and associated with the missions of that organization may be advertised by use of a standard-siz sandwich board, according to specifications established by the Vice President for Administrative Services, either outside the main entrance o inside the lobby of the building, subject to the approval of the Dean of the College or Director of the facility in question. Such advertising shall exte for a period of no longer than two (2) weeks. Additionally, banners advertising similar kinds of events, subject to the approval of the Dean or Director, may be displayed inside the facility, on fixtures installed or provided by Physical Plant. Interior banners may be hung longer than tw (2) weeks, if approved by the Dean or Director. Such banners may be n( larger than four (4) feet by fourteen (14) feet, and shall not obstruct traffi( create a hazard, or detract from the physical appearance of the facility.

Case 6:03-cv-03421-GAF    Document 1-1    Filed 11/21/03    Page 5 of 16

Use of banners during an event sponsored by a recognized University or student organization is permitted in locations other than the Student Unic as long as approved by the University employee(s) responsible both for 1 venue where the event is taking place and for the venue where the bann are displayed. Such banners must have as the focus the name of the ev or the recognized University/student organization sponsoring the event.

Due to the role of the Plaster Student Union as a meeting-service facilit Student Union may utilize two (2) standard-sized sandwich boards on a basis, limited to advertising of University meetings, events, and service: subject to the approval of the Director. All such signage must be appro advance by the Director and must be consistent with the University's ru policies, including this policy.

Due to the role of the University Bookstore to promote and make availab retail goods and services for the campus community, product-related banners and standard-sized sandwich boards are permitted. Such exter advertising methods are limited to the front entrance and patio area of th bookstore, and directly adjacent to temporary satellite locations that may used on the campus.

For student organization sponsored events, standard-sized sandwich boards to promote campus-wide events will be limited to large recognize events/functions such as student elections and Homecoming, and must I approved in advance by the Student Government Association, and the Director. Such large event sandwich boards will be located at approved locations outside of the Student Union entrances.

Paid advertising to support the intercollegiate athletics program may be for longer than two (2) weeks, but must be re-approved at least annuall Vice President for University Advancement. Game day banners will be inside athletics facilities, including the interior fence of Plaster Sports C

It is the responsibility of the requesting department to maintain the adve a fashion that does not obstruct traffic, create a hazard, or detract from physical appearance of the campus.

### D. Advertising University-Wide Events

The following exceptions for University-wide events are authorized:

1. Student Elections and Homecoming Activities: Specific campaign parameters, as related to advertising, distribution, and solicitation will be established during elections by the Student Government Association and the Student Homecom Committee; in consultation with and approval of the Director Physical Plant and the Director of the Plaster Student Union While campaign banners will be permitted, they will be limite to non-academic facility locations.

2. Fall Semester Opening of Classes: University residence hal will be permitted exterior signage for a two-week period at th beginning of the Fall semester identified by the Vice Preside for Student Affairs. Signage will be limited to banners no lar than six (6) feet by twenty (20) feet. Such signage must be

scheduled with the hall director and approved by the hall council Exterior banners will be limited to residence hall welcome and/or SOAR banners. Interior banners in residence halls m be permitted throughout the school year with the approval of the hall council and consistent with hall mission or activities.

3. Ozarks Celebration Festival: Signs will be permitted at locati other than academic or administrative buildings for a 72-hou period in conjunction with the Ozarks Celebration Festival annually. Such signage will be according to the parameters established by the Vice President for Administrative Service:

4. SOAR banners will be permitted as described above on the residence halls during summer SOAR activities.

5. Banners related to University-wide events as defined in the Signage Policy administered by the Vice President for Administrative Services may be permitted on light poles on t periphery of the campus, according to the provisions of that policy.

6. Advertising of other University-wide/sponsored events may b permitted only with the approval of the President and must b limited to University-wide initiatives, and directly related to th University mission and/or major themes.

### DISTRIBUTION OF PUBLISHED MATERIALS

In order to provide an atmosphere in which open communication can oc( without disrupting the academic mission or daily functions of the Univers the following procedures are established to govern the distribution of published materials, handbills, posters, petitions for signature, etc., on campus:

1. All members of the University community defined as faculty, staff, and students may distribute written materials on campus with the understanding that they accept responsibility for those materials. The materials should be labeled to indicate sponsorship and are t be distributed in accordance with this policy.
2. <u>Distribution of written materials by members of the University community will be limited</u> to the exterior/outside of buildings, unle: at a Plaster Student Union contact table.
3. Distribution of written materials at athletics and other University-sponsored activities will be restricted to the outside entrance area the event's location. Normal vehicular and/or pedestrian traffic m not be disrupted.
4. Individuals who are not members of the University community are prohibited from distributing materials on University property or University-owned streets and sidewalks. However, such individua may distribute written and advertising materials on city property located on campus. Contact Safety & Transportation at (417) 836 5509 for a current list of permissible locations. Commercial sales activities held on-campus by non-University members that may include written materials are referenced later in this document unc

solicitation.
5. Distribution of advertising or other published materials not sponso by a member of the University community may be left for voluntar, pick-up in designated locations in the Plaster Student Union, and Residence Hall front desks.
6. Distribution of published material by means of placing the materia under vehicle windshield wiper blades is prohibited and a violatior the Code of the City of Springfield (Sec. 26-155 Distribution of Handbills).

When the manner or place of distribution of written or electronic material constitutes a violation of this policy or a disruption of normal University activities, a University official will request the distributors to discontinue distributions or alter procedures so as to comply with this policy. If the distributors refuse to comply with this policy, the University official shall advise them that they may face disciplinary or other appropriate action.

## SOLICITATION

As used in this document, solicitation means the attempted sale, lease, rental, or offer for sale, lease, or rental of any property, product, merchandise, publication, or service, whether for immediate or future delivery; the oral, written, or electronic appeal or request to support or joi an organization other than a registered student, faculty, or staff organization; the receipt of or request for any gift or contribution; or the distribution of information in support of these activities.

Only registered student organizations, University organizations, and University departments may solicit on campus. All sales persons or agei for any product or proposition or cause whatsoever are prohibited from soliciting members of the faculty, staff, or the student body in any buildin on any part of the campus of Southwest Missouri State University, or by electronic means, except as provided herein. Door-to-door solicitation in University residence halls, academic, or administrative buildings is strictl prohibited. Space for sales and solicitation must be reserved through th« Conference Services Office, (417) 836-5653. Unless otherwise noted in this document, such activities are facilitated in designated locations in, oi directly outside of, the Plaster Student Union. Questions regarding this policy should be directed to the Director of Plaster Student Union. Event otherwise approved according to the University's policies that commonly sell merchandise, such as Bear Fest Village, Ozarks Celebration Festiva Tent Theater, approved fundraising activities, and camps/conferences m be permitted to do so if approved according to the contract or other arrangements for the event.

### A. University Organizations

Registered student organizations, University organizations, and Univer: departments who want to conduct solicitation activities on campus mus with the procedures outlined in this document. Approval for registered : organizations, University organizations, or University departments to cc solicitation activities can be given so long as they:

Case 6:03-cv-03421-GAF　　Document 1-1　　Filed 11/21/03　　Page 8 of 16

- do not violate or conflict with University policies or local state, or federal law;

- do not conflict with the educational purposes of the University;

- do not negatively impact other University development activities;

- do not infringe upon the University's trademark or other intellectual property rights;

- do not disrupt traffic, either vehicular or pedestrian;

- do not result in a breach of University contracts or comp with University or University-contracted operations;

- do not jeopardize public or individual safety;

- are approved by the Food Services Director if food products are under consideration;

- are facilitated in an approved, designated location; door door solicitation in University residence halls, academic, administrative buildings is strictly prohibited;

- are conducted by members of the sponsoring organizati

- are conducted as a fundraiser and not a commercial activity;

- are covered by such insurance as may be deemed necessary;

- are related to official University business if facilitated through telephone or electronic communication systems other solicitations through the University telephone or computer/electronic systems are prohibited;

- are through paid United States Postal Service and delivered to the University, if by mail; or as permitted by campus mail system.

Student organization fundraising activities that are specific to academic major/ function may be facilitated in academic areas so long as approval received from the Dean of the College where the event is to be held. Special fundraising activities by recognized non-academic student organizations may be held in non-academic common areas where the activities of that organization regularly occur, if approved by the Dean of Students or designee.

Case 6:03-cv-03421-GAF    Document 1-1    Filed 11/21/03    Page 9 of 16

## B. Non-University Organizations

The University allows some limited access to campus by non-University organizations for the purpose of commercial sales. Normally, these co[mmercial] sales will be directly related to the living/learning experience of student[s. The] University retains the exclusive right to determine the appropriateness [of] commercial sales activity or product. Commercial sales will be conduct[ed at a] designated sales location in the Plaster Student Union according to the procedures described herein. There will be a charge for allowing the co[mmercial] sales to take place. The University retains the exclusive right to deterr[mine the] charge assessed for commercial sales. The University has delegated t[o the] Assistant Dean of Students and Director of Plaster Student Union the a[uthority to] approve commercial sales, designate the sales location, and determine appropriate charge.

It is understood that the University provides goods and services to the c[ampus] community. Commercial sales activities by non-university organization[s that] substantially compete with University managed, owned or operated ser[vices, or] which are prohibited by contract, will not be permitted. The Dean of St[udents, or] designee, will review requests for use of space on campus and determi[ne] whether the requested activity is in direct and substantial competition w[ith] existing campus entities. A list of no-compete products/services, updat[ed] annually, will be housed in the Dean of Students office.

**Charitable Organizations**

Many agencies would like to solicit contributions from the faculty, staff, [and] students. The ability to allow charitable organizations to solicit on cam[pus is] extremely limited as a result of the demands on University facilities for educational purposes. The University acknowledges the appropriatene[ss of some] solicitations, such as the support of the annual solicitation by the United [Way] sponsored by the President's Office, and the frequent blood drives on c[ampus] sponsored by the Division of Student Affairs. At the same time, the Uni[versity] retains the exclusive right to determine the appropriateness of allowing charitable solicitation on a case-by-case basis. On-campus solicitation [of] students by representatives of charitable organizations may be conside[red if] facilities are available, provided the following criteria are met:

- The charitable organization is duly recognized and appropriately affiliated;

- It is a bona fide charity;

- Contributions are entirely voluntary and "quotas" or simi[lar] "measures of giving" are not imposed;

- Approval is secured from the Dean of Students;

- Arrangements for the event are completed no less than thirty (30) days in advance of the event;

Case 6:03-cv-03421-GAF    Document 1-1    Filed 11/21/03    Page 10 of 16

- The charitable solicitation complies with the regulations and procedures listed herein.

### C. Non-University Organizations sponsored by University Organizations

Involvement of non-University organizations in solicitation activities on [
a registered student organization, University organization, or University
department must receive prior approval from the Director. In all cases,
solicitation activities must be conducted at a designated sales location ;
to the procedure described herein. Sponsorship of non-University activ
events by a registered student organization requires the approval of the
advisor and the Conference Services Office to enable advertisement ar
promotion of the event or activity on campus. Such approval will be cor
upon the participation by members of the sponsoring organization in the
planning, promotion, scheduling, and production of the event or activity
Registered student organizations or University departments who spons
University organization are encouraged to initiate a formal written agree
the vendor, and may receive assistance from Conference Services. If ;
expected, student organizations must complete a fundraising form, whi(
available in the Conference Services.

Events or activities of non-University organizations sponsored by stude
University organizations under this policy will be located in the Plaster $
Union as approved by the Director. If space considerations require, the
patio or North mall area may be utilized upon approval of the Director.
non-University organizations sponsored by student or University organi
will not be permitted at other locations, such as along the sidewalk Eas
Plaster Student Union. These same parameters are in place for non-ur
radio station promotions that may be affiliated with sponsored events o
activities. Sales incidental to non-University organizations sponsored b
or University organizations under this policy require the approval of the
to ensure the participation of the sponsoring organization as required b
policy. Activities which provide only nominal benefit to the sponsoring
organization as opposed to the non-University organization, according 1
guidelines established by the Director, will not be permitted. No-compe
parameters referenced in the preceding section (B), are applicable to s
activities of Non-University organizations sponsored by University orgai

Employee recruitment visits by non-University organizations are
encouraged to occur on campus provided the request from potential
employers is facilitated by either the academic department, Career Servi
or Student Employment. Locations for these visits may be in the acaden
department or at a career fair, if arranged by the department, or scheduk
in conjunction with Career Services or Student Employment. A central
location is appropriate if arranged by Career Services or Student
Employment, and Conference Services. Any arrangement made by a
department should be communicated to Career Services. The date for
scheduled visits by employers should appear in the Campus Master
Calendar.

Approved: September 18, 1998

Case 6:03-cv-03421-GAF   Document 1-1   Filed 11/21/03   Page 11 of 16

Revised: February 18, 2000, August 3, 2001, November 15, 2002



SMSU> P

# Speakers and Facilities Usage

1. The use of University facilities for speakers is intended to support the academic mission and is therefore viewed as educational programs. The University retains the exclusive right, through authorized persons and organizations, to determine the appropriateness of speakers scheduled for University facilities. If a speaker is not allowed access to University facilities, that speaker will still have access to the Bear Paw, in accordance with the University's Public Forum Policy.

2. The University retains the exclusive right to determine the appropriateness of all arrangements required for a speaker appearing in a University facility.

3. Each University facility (e.g., Juanita K. Hammons Hall for the Performing Arts, Hammons Student Center, Coger Theater, etc.) will have separate regulations and procedures for the use of the facility which must be followed for any scheduled event.

4. Any speaker appearing in a University facility must be sponsored by a registered student organization, University organization, or University department. The sponsoring organization is responsible for insuring that procedures for event scheduling are followed.

5. Press conferences on University-owned property must be arranged for in advance through the News Services Office.

6. Orderly picketing and demonstrations are permitted according to the Public Forum Policy but, for reasons of safety, only unmounted signs no wider than the human body are permitted within University buildings.

7. Individuals entertaining guests on campus, in any University facility, are responsible for the proper identification and conformance to rules of the University by such guests.

8. All buildings or facilities other than residence halls shall be off limits to students after closing hours with the following exceptions:

   a. Students possessing an "after hours" permit, signed by his/her instructor and department head, stating the building, room number, student name, and the times for which the student is cleared.

   b. University student employees who are required to enter the locked buildings in the performance of their duties. The students must be able to validate their employment to Public Safety Officers who encounter them in the closed buildings.

   c. Students who are accompanied by Department of Public Safety personnel, University staff members, or faculty members.

http://www.smsu.edu/studev/policies/spkfacusage.html

EXHIBIT C

9. Arrangements for the use of University facilities, including both buildings and grounds, must be made in advance through the Conference Services Office. Meeting rooms and facilities may be reserved by only those student organizations who are properly registered by the University.

10. Registered student organizations conducting University-related activities off-campus must register them no less than one week in advance with the Office of Student Activities.

11. University-sponsored student travel must be registered in advance with the Office of Student Activities. Participating students are subject to the same parameters of the *Code of Student Rights and Responsibilities* that are in effect at the University.

12. The indoor pool at Hammons Student Center is operated during the hours and under the rules published annually by the Director of Hammons Student Center. Students are not permitted inside the pool area when the pool is closed.

Approved: September 18, 1998

Revised: March 13, 2002

*Office of Student Activities*

# Articles of Registration

The University encourages students to organize and to identify with college, department, honor society, political, professional, religious, residence life, service, social, Greek social, sports club, and University organizations.

An organization or group of students, in order to be registered with the Office of Student Activities and afforded the rights and privileges thereof, must agree to the following ARTICLES OF REGISTRATION.

1. All student organizations, including those affiliated with the music department, sports clubs or activities and residence halls, must be registered with the Office of Student Activities.

2. Organizations will be provisionally valid from the date of acceptance by the Office of Student Activities, but open upon acceptance of the constitution by SGA will become a valid student organization.

3. Organizations currently registered and in good standing with the Office of Student Activities must update their registration form at least once a year (by October 15) and when changes in officers and advisors occur. The Office of Student Activities **MUST** also be notified of changes in the name of an organization or changes in the organization's constitution.

4. To be considered for registration, a group must have on file the following documents with the Office of Student Activities:

    a. An Annual or New Student Organization Registration Form;
    b. A signed copy of the Articles of Registration;
    c. A copy of the group's current constitution and/or by-laws as approved by SGA;
    d. *<u>Membership Roster;</u>*
    e. Attendance at Student Organization Orientation.

5. All registered organizations and members must abide by federal, state, local laws and ordinances, all University policies and procedures, and the organization's constitution/by-laws or operating procedures.

6. Voting membership must be limited to SMSU students, faculty, and staff. The majority of the members must be SMSU students. Only voting members are qualified to serve as officers. Officers must have and maintain at least a 2.0 cumulative GPA to be an officer in a student organization.

7. Each organization must have at least one advisor who works at lest 30 hours or more for the SMSU faculty or administrative staff.

8. Organizations affiliated with international, national, or state associations are required to submit additional information, such as constitutions and/or by-laws of affiliated organizations, to the Office of Student Activities.

**EXHIBIT D**

9. Each organization must agree, and demonstrate upon request, that discrimination according to age, ancestry, color, creed, disability, marital or parental status, national origin, participation in constitutionally-protected activities, political affiliation or beliefs, race, religion (belief or non-belief), sex, sexual orientation, or disabled and/or Vietnam Era veteran status shall not exist within the organization and that the activities, procedures, rules, and constitution/by-laws of the organization shall not impede or interfere with the personal and civil rights and liberties of individual members.

10. Recommendation for registration may be denied, suspended, inactivated, or withdrawn by the Office of Student Activities, Campus Judicial Board, Faculty-Student Judicial Commission or Greek Standards Board. Final sanction(s) will be determined by the Dean of Students if:

    a. The organization membership fails to submit or falsifies required information or documentation;
    b. Members or activities violate federal, state, city or University laws, policies, or procedures, or the organization's constitution/by-laws
    c. The stated purpose of the organization is compromised by action of its membership;
    d. Student membership numbers are four or less;
    e. The on-campus advisor(s) resigns and a replacement is not found within a reasonable amount of time;
    f. Annual registration forms are not completed by the October 15 deadline of each year.

11. Groups denied registration or those have registration withdrawn, forfeit all righ5ts and privileges afforded t registered organizations. The rights/privileges include, but are not limited to: the right to request money from SOFAC, the right to reserve most rooms on campus, request office space, and organization mailbox.

12. Suspended or inactive groups may request special consideration from the Office of Student Activities in order to hold meetings in an attempt to reorganize.

13. It is strongly recommended that all organizations formalize procedures and operate under a comprehensive constitution/by-laws beyond what is required for registration, and that these be on file with the Office of Student Activities. These documents will insure organizational continuity, clarity or group goals and processes, and guarantees fair judicial proceedings. Any changes in the organization's constitution **MUST** be forwarded to the Office of Student Activities.

14. Decisions for suspension, denial, or withdrawal or organization registration may be appealed through the Campus Judicial Board, the Faculty-Student Judicial Commission, or the Dean of Students.

**We, the representatives of** _____,
**have read and agree to these Articles of Registration.**


President's Signature: _____Date: _____


On-Campus Advisor's Signature: _____ Date: _____